MWG:AS
F. #2024R00707

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       - against -

BRUCE SILVA,
      also known as "Brucie," and
HASSAN ELLIOTT,
      also known as "Haz,"

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANTS

(18 U.S.C. §§ 113(a)(3), (a)(6))

Case No. 24 MJ __556__

EASTERN DISTRICT OF NEW YORK, SS:

        THOMAS FORD, being duly sworn, deposes and states that he is a special agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

        On or about August 27, 2024, within the Eastern District of New York, and within the special maritime and territorial jurisdiction of the United States, namely, the Metropolitan Detention Center in Brooklyn, New York ("MDC"), the defendants BRUCE SILVA and HASSAN ELLIOTT, together with others, did knowingly and intentionally: (a) assault inmate John Doe, an individual who is known to me, with one or more dangerous weapons, to wit: contraband shivs, with intent to do bodily harm, and without just cause or excuse; and (b) assault inmate John Doe, resulting in serious bodily injury.

        (Title 18, United States Code, Sections 113(a)(3) and 113(a)(6))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.     I am a Special Agent with the FBI and have been involved in the investigation of numerous cases involving assaults, including assaults at the MDC.   I am familiar with the facts and circumstances set forth below from, among other things, my participation in this investigation, my review of surveillance video, my interviews of MDC employees, and my review of the investigative file.

2.     The MDC is an administrative security metropolitan detention center located in Brooklyn, New York.   It primarily houses defendants detained prior to their trial on federal criminal charges filed in the United States District Court for the Eastern District of New York and the United States District Court for the Southern District of New York, although inmates from other districts may also be housed at the MDC for various reasons.   Currently, approximately 1,200 defendants are incarcerated at the MDC.

I.     The Defendant BRUCE SILVA's Detention at the MDC

3.     On or about October 14, 2021, a complaint was filed in the Southern District of New York charging the defendant BRUCE SILVA with being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1), in connection with a shooting on or about August 13, 2019.   See United States v. Silva, No. 22-CR-347, ECF No. 1 (PGG) (S.D.N.Y). SILVA was ordered detained pending trial.

4.     The Federal Bureau of Prisons ("BOP") designated SILVA to be detained at the MDC pending trial.

---

[1]     Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all relevant facts and circumstances of which I am aware.

5.     On or about June 21, 2022, a grand jury sitting in the Southern District of New York returned an indictment charging SILVA with being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1).   Id., ECF No. 10.

6.     On or about April 18, 2023, a grand jury sitting in the Southern District of New York returned a separate indictment charging, among others, SILVA with the following crimes: (i) racketeering conspiracy, in violation of 18 U.S.C. § 1962(d); (ii) attempted murder and assault with a dangerous weapon in-aid-of racketeering, in violation of 18 U.S.C. §§ 1959(a)(3), (a)(5); (iii) discharge of a firearm in connection with a crime of violence and a drug trafficking crime, in violation of 18 U.S.C. § 924(c); (iv) narcotics conspiracy, in violation of 21 U.S.C. § 846; and (v) firearm possession in connection with drug trafficking, in violation of 18 U.S.C. § 924(c); all related to his membership in "Dub City," a street gang based in the Bronx, New York.   See United States v. Silva, No. 23-CR-204, ECF No. 1 (PGG) (S.D.N.Y). SILVA was ordered detained in this case, as well.

II.     The Defendant HASSAN ELLIOTT's Detention at the MDC

7.     On or about November 18, 2020, a grand jury sitting in the Eastern District of Pennsylvania returned an indictment charging, among others, the defendant HASSAN ELLIOTT with the murder of a Philadelphia Police Sergeant (who was at the time executing search and arrest warrants for ELLIOTT), in violation of 18 U.S.C. § 924(j), as well as multiple drug trafficking and firearms charges.   See United States v. Elliott, No. 20-CR-417, ECF No. 1 (JS) (E.D. Pa.).   ELLIOTT was ordered detained pending trial, and the BOP assigned him to the Federal Detention Center in Philadelphia ("FDC").

8.     Because the defendant was charged with a death penalty-eligible crime, on or about February 17, 2021, the district court in the Eastern District of Pennsylvania appointed

3

two learned counsel to represent ELLIOTT, including a learned counsel based in Brooklyn, New York.  Id., ECF Nos. 41, 43.

9.     On or about March 22, 2023, a grand jury sitting in the Eastern District of Pennsylvania returned a superseding indictment charging, among others, the defendant HASSAN ELLIOTT with 29 crimes, including four counts of murder in-aid-of racketeering (including the murder of the Philadelphia Police Sergeant), in violation of 18 U.S.C. § 1959(a)(1); racketeering conspiracy, in violation of 18 U.S.C. § 1962(d); crimes related to nine non-fatal shootings; and related firearms and narcotics charges; all related to ELLIOTT's membership in "1700 Scattergood," a violent drug trafficking organization operating in Northeast Philadelphia.  See id., ECF No. 105.

10.     In 2023, the defendant HASSAN ELLIOTT was transferred from the FDC to the MDC to be closer to his learned counsel in Brooklyn, New York.

III.    The August 27, 2024 Assault at the MDC

11.     As depicted in video surveillance footage, on or about the morning of August 27, 2024, at approximately 9:06 a.m., SILVA and an inmate whose identity is known to me ("Inmate-1") walked past each other, stopped near each other, and appeared to have a brief verbal communication.   Within seconds, the interaction escalated, and SILVA grabbed for an item from his waistband, which I later determined, based on the video surveillance and my subsequent physical observation, to be an icepick-like shiv.   Inmate-1 began to back away from SILVA, walking backwards away from SILVA so that his back did not turn to face SILVA. SILVA began to follow Inmate-1 and appeared to be clutching the contraband shiv in his right hand against his body as he followed Inmate-1.

12.    ELLIOTT joined SILVA in following Inmate-1 and removed his own contraband weapon from his waistband.   From the surveillance footage, ELLIOTT's contraband weapon appears to be a knife-like shiv.   Other inmates appeared to gather around Inmate-1, and as Inmate-1 continued to walk backwards away, the defendants SILVA and ELLIOTT followed.

13.    As depicted in video surveillance footage from the MDC that I have reviewed, SILVA attempted to stab Inmate-1 in the region of his upper body, but Inmate-1 backed away, and SILVA returned to clutching his contraband shiv in his right hand against his body.   ELLIOTT then tried to slash Inmate-1 across his upper body using his contraband shiv, and Inmate-1 backed away from that attempt, as well.   A screenshot from the video surveillance is depicted below, showing ELLIOTT (on the left side of the picture) holding his shiv, which is visible in his right hand, and SILVA (on the right side of the picture) holding his shiv in his right hand against his body:



14.     Inmate-1 continued backing away from the defendants SILVA and ELLIOTT into the line of sight of another surveillance camera, whose footage I have also reviewed.   As depicted in that surveillance video, the defendants SILVA and ELLIOTT continued following Inmate-1, with SILVA attempting at least once more to stab Inmate-1 with his shiv and ELLIOTT attempting at least five more times to slash Inmate-1 with his shiv.

15.     The defendants SILVA and ELLIOTT had backed Inmate-1 into a corner as other inmates either looked on or arrived with their own contraband weapons.

16.     John Doe then brandished his own contraband weapon, which appeared to be a silver-colored weapon approximately one to two feet in length, and interceded between SILVA, ELLIOTT, and Inmate-1.   John Doe turned his back to SILVA, and SILVA stabbed John Doe in the spine with his shiv.   As seen on the surveillance, John Doe began to walk with apparent deficits to his gait as he and Inmate-1 approached ELLIOTT, who was continuing to attempt to slash Inmate-1 and John Doe with his shiv.

17.     As depicted on the surveillance video, and as reported by multiple correctional officers and employees of the MDC who arrived in response to an alarm regarding this inmate altercation, John Doe had SILVA's icepick-like shiv protruding from his back as he continued to fight against ELLIOTT.

18.     SILVA retrieved another weapon from another inmate—a broomstick that had been disassembled from its bottom so that it was a long stick—and struck Inmate-1 with the broomstick, breaking the broomstick over Inmate-1.

19.     The responding MDC employees employed two bursts of oleoresin capsicum via their MK-9 liquid aerosol dispenser to break up the inmates and clear the Unit.

6

20.     As reported by multiple MDC correctional officers and other employees, SILVA and ELLIOTT were placed in hand restraints and escorted to a special housing unit. Inmate-1 and John Doe, as well as other inmates whose identities are known to me, were also placed in restraints and taken to a special housing unit.

21.     John Doe was subsequently escorted to an outside medical facility to remove the shiv from his spine and for further medical treatment.    FBI agents, including myself, arrived at the hospital and retrieved the shiv from medical staff.    A photograph of the retrieved shiv removed from John Doe's spine is below.



WHEREFORE, your deponent respectfully requests that warrants issue for the arrests of the defendants BRUCE SILVA and HASSAN ELLIOTT so that they may be dealt with according to law.

/s/ Thomas Ford

THOMAS FORD
Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone
this 30 th day of September, 2024

*Marcia M. Henry*

THE HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK